# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **TIA HUDSON, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 1:19-CV-00743 |
| v. ) | |
| ) | JUDGE DOUGLAS R. COLE |
| **HILLSTONE HEALTHCARE, INC., et** ) | |
| **al.**, ) | **JOINT STATUS REPORT** |
| ) | |
| Defendants. ) | |

Pursuant to this Court's Order dated December 2, 2020, Plaintiffs and Defendants submit this status report. The Parties have reached an agreement to settle this case. The Parties respectfully request that they be given 30 days, up to and including February 3, 2021, to finalize the settlement agreement and submit an entry of dismissal with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey J. Moyle* <br> Jeffrey J. Moyle (0084854) <br> **NILGES DRAHER LLC** <br> 614 West Superior Ave., Suite 1148 <br> Cleveland, OH 44113 <br> Telephone: (216) 230-2955 <br> Facsimile: (330) 754-1430 <br> Email:  jmoyle@ohlaborlaw.com | */s/ Scott Salsbury (with permission)* <br> Scott Salsbury (0039287) <br> **SALSBURY & SALSBURY, LPA** <br> 5611 Hudson Drive, Suite 400 <br> Hudson, Ohio 44236 <br> Phone: 330 655-5760 <br> Fax: 330 655-0526 <br> ssalsbury@salsburylaw.com <br><br> *Counsel for Defendants Hillstone, Dapore & Bergsten* |

Hans A. Nilges (0076017)
**NILGES DRAHER LLC**
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com


Claire W. Bushorn Danzl (0087167)
**THE BUSHORN FIRM, LLC**
810 Sycamore Street
Cincinnati, Ohio 45202
Telephone: (513) 827-5771
Facsimile: (513) 725-1148
Email: cbushorn@thebushornfirm.com

*Counsel for Plaintiffs*