IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **TIA HUDSON, et al.** | ) |
| Plaintiffs, | ) ) ) CASE NO. 1:19-CV-00743 |
| v. | ) ) JUDGE DOUGLAS R. COLE |
| **HILLSTONE HEALTHCARE, INC., et al.**, | ) ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Tia Hudson, Brenda Benicker, and Deborah Coleman and Defendants Hillstone Healthcare Group, Inc., a/k/a/ Hillstone Group, Paul Bergsten, and Matt Dapore, by and through counsel, hereby enter this stipulation of dismissal of this action with prejudice, each party is to bear their own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeffrey J. Moyle* | */s/ Scott Salsbury (with permission)* |
| Jeffrey J. Moyle (0084854) | Scott Salsbury (0039287) |
| **NILGES DRAHER LLC** | **SALSBURY & SALSBURY, LPA** |
| 1360 E. 9th Street, Suite 808 | 5611 Hudson Drive, Suite 400 |
| Cleveland, Ohio 44114 | Hudson, Ohio 44236 |
| Telephone: (216) 230-2955 | Phone: 330 655-5760 |
| Facsimile: (330) 754-1430 | Fax: 330 655-0526 |
| Email: jmoyle@ohlaborlaw.com | ssalsbury@salsburylaw.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |